# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:22-cv-01900-ODW (MAAx) | Date | April 6, 2022 |
| Title | *Briana Cash v. Interscope Geffen A & M Records et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   **Order DENYING Pro Hac Vice Applications [10] [11] [15]**

Currently on the docket of this case are three applications by Attorney Ronald D. Coleman to appear pro hac vice on behalf of Plaintiff. (ECF Nos. 10, 11, 15.) The second application is a corrected version of the first application; the first application is therefore **DENIED AS MOOT**. (ECF No. 10.)

The second and third applications are out of compliance with the wet-ink signature rule. In the Central District of California, it remains a requirement for pro hac vice applications that both the out-of-state attorney and local counsel physically sign a paper copy of the Application, in ink, and then scan the piece of paper. (*See* Form G-64 Instructions for Applicants ¶ 1.) For this reason, the second and third applications are **DENIED** without prejudice to re-filing. (ECF Nos. 11, 15.) No additional pro hac vice fee is required.

**IT IS SO ORDERED.**

:   00

Initials of Preparer   SE