ATTACHMENT "A"

# United States of America
## United States Patent and Trademark Office

# BRIANA CASH

**Reg. No. 6,220,336**
**Registered Dec. 15, 2020**
**Int. Cl.: 9, 38, 41**
**Service Mark**
**Trademark**
**Principal Register**

Briana Cash (UNITED STATES INDIVIDUAL)
5 River Ct.
Amesbury, MASSACHUSETTS 01913

CLASS 9: Compact discs featuring prerecorded music; downloadable musical sound recordings; downloadable electronic sheet music

FIRST USE 00-00-2008; IN COMMERCE 00-00-2008

CLASS 38: Streaming of prerecorded, non-downloadable music via a global computer network

FIRST USE 00-00-2005; IN COMMERCE 00-00-2005

CLASS 41: Entertainment services, namely, live performances by a musical artist; production of music; presentation of live show performances; supervision of music for television programs, namely, providing advice and consultation regarding musical selections and arrangements for the televised programs; musical composition and song-writing services for others

FIRST USE 00-00-2014; IN COMMERCE 00-00-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The Name "BRIANA CASH" identifies a living individual whose consent is of record.

SER. NO. 88-887,024, FILED 04-24-2020



Director of the United States
Patent and Trademark Office

