1 | Nitoj P. Singh (SBN 265005)
**DHILLON LAW GROUP INC.**
2 | 177 Post Street, Suite 700
San Francisco, California 94108
3 | Telephone: (415) 433-1700
4 | nsingh@dhillonlaw.com

5 | Matthew M. Hoesly (SBN 284793)
**DHILLON LAW GROUP INC.**
6 | 2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
7 | Telephone: (949) 396-0608
8 | mhoesly@dhillonlaw.com

9 | Ronald D. Coleman (*pro hac vice*)
**DHILLON LAW GROUP INC.**
10 | 50 Park Place, Suite 1105
Newark, NJ 07102
11 | T: (973) 298-1723
12 | rcoleman@dhillonlaw.com

13 | *Attorneys for Plaintiff and Counterclaim Defendant,*
14 | BRIANA CASH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| BRIANA CASH, | Case No.: 2:22-cv-01900-ODW(MAAx) |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BRIANA CASH** |
| vs. | |
| INTERSCOPE GEFFEN A&M RECORDS, *a wholly-owned subsidiary of* UNIVERSAL MUSIC GROUP N.V., *a Netherlands corporation; and* BRIANNA CASTRO, | Date:  August 28, 2023<br>Time:  1:30 P.M.<br>Judge:  Hon. Otis D. Wright<br>Court:  350 W. 1st Street, Los Angeles, CA, 90012, Courtroom 5D, 5th Floor |
| Defendants<br>INTERSCOPE RECORDS, A DIVISION OF UMG RECORDINGS, INC., AND | |



Notice of Motion and Motion to Withdraw as Counsel    Case No. 2:22-cv-01900-ODW(MAAx)

Case 2:22-cv-01900-ODW-MAA   Document 56   Filed 07/26/23   Page 2 of 3   Page ID #:293

|   |   |
|---|---|
| 1 | BRIANNA CASTRO, |
| 2 | Counterclaimants, |
| 3 | vs. |
| 4 | BRIANA CASH, |
| 5 |   |
| 6 | Counterclaim Defendant. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** that on August 28, 2023, at 1:30 p.m., as soon thereafter as the matter may be heard, in Courtroom 5D, 5th Floor of the above-entitled court located at 350 W. 1st Street, Los Angeles, CA, 90012, the Dhillon Law Group Inc. ("DLG") will and hereby does respectfully seek leave of this Court, pursuant to Local Rules 7-5 and 83-2.3.2 and in compliance with California Rules of Professional Conduct 1.16(b), to withdraw as counsel for Plaintiff Briana Cash ("Cash"). DLG also requests that this matter be stayed for a period of 60 days so that Cash be afforded time to retain new counsel, and new counsel may have time to come up to speed on all matters.

Counsel states the following grounds for this Notice and Motion, without disclosing attorney-client privileged information beyond what is necessary:

1. The attorney-client relationship has been irretrievably destroyed and Cash has refused to demonstrate deference to DLG's professional advice to resolve this action in a realistic manner;

2. Cash's conduct in refusing to heed her counsel's advice has rendered it unreasonably difficult for DLG to carry out her representation effectively;

3. This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Ron D. Coleman, all pleadings and papers on file in this matter, and upon such other matters as may be presented to, or requested by, the Court at any hearing on this Motion.

Nothing set forth in this Motion and any supporting papers is intended to waive, in any way, the attorney-client privilege between DLG and Briana Cash, except as specifically disclosed herein.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Date: July 26, 2023 |
| | **DHILLON LAW GROUP INC.** |

By: _____
Nitoj P. Singh
Ronald D. Coleman
Matthew M. Hoesly
*Attorneys for Plaintiff*,
Briana Cash

