...

Nitoj P. Singh (SBN 265005)
**DHILLON LAW GROUP INC.**
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
nsingh@dhillonlaw.com

Matthew M. Hoesly (SBN 284793)
**DHILLON LAW GROUP INC.**
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
Telephone: (949) 396-0608
mhoesly@dhillonlaw.com

Ronald D. Coleman (*pro hac vice*)
**DHILLON LAW GROUP INC.**
50 Park Place, Suite 1105
Newark, NJ 07102
T: (973) 298-1723
rcoleman@dhillonlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant,*
BRIANA CASH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BRIANA CASH, <br><br> Plaintiff, <br><br> vs. <br><br> INTERSCOPE GEFFEN A&M RECORDS, *a wholly-owned subsidiary of* UNIVERSAL MUSIC GROUP N.V., *a Netherlands corporation;* and BRIANNA CASTRO, <br><br> Defendants <br> INTERSCOPE RECORDS, A DIVISION OF UMG RECORDINGS, INC., AND | Case No.: 2:22-cv-01900-ODW(MAAx) <br><br> **DECLARATION OF RONALD D. COLEMAN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BRIANA CASH** <br><br> Date: August 28, 2023 <br> Time: 1:30 P.M. <br> Judge: Hon. Otis D. Wright <br> Court: 350 W. 1st Street, Los Angeles, CA, 90012, Courtroom 5D, 5th Floor |



| | |
|---|---|
| 1 | BRIANNA CASTRO, |
| 2 | Counterclaimants, |
| 3 | vs. |
| 4 | BRIANA CASH, |
| 5 | |
| 6 | Counterclaim Defendant. |

I, Ronald D. Coleman, declare:

1. I am a Partner with the Dhillon Law Group Inc. ("DLG"), counsel of record for Plaintiff Briana Cash ("Cash"). I have personal knowledge of the facts stated herein. If called upon to testify, I could and would testify competently thereto. As this Declaration is in support of DLG's motion to be relieved as counsel of record for a client, I will disclose what I believe is the minimum information necessary for this motion and the Court's information while, at the same time, respecting and maintaining the attorney/client confidences shared between DLG and Cash. If this Court wishes more information from our firm, I am happy to provide it for an *in camera* review by this Court. Nothing set forth in this Declaration is intended to waive, in any way, the attorney/client privilege between DLG and Cash.

2. On May 11, 2023, the parties held a mediation, which, while productive and revealing, ultimately concluded without a deal being struck between the parties.

3. In the weeks since the conclusion of the mediation, and following some additional discovery by the parties (including discovery which Cash should have disclosed 8 months prior regarding her damages), including third-party discovery, it has become evident that Cash has a significant damages issue with her case.

4. Despite my best efforts to advise Cash based on my decades of experience as an intellectual property litigator, the attorney-client relationship has been irretrievably destroyed as Cash has refused to demonstrate deference to my advice to resolve this action in a realistic manner.

5. Cash's conduct in refusing to heed my advice has rendered it unreasonably difficult for DLG to carry out her representation effectively.



Declaration of Ronald D. Coleman in support of Motion to Withdraw as Counsel    Case No. 2:22-cv-01900-ODW(MAAx)

6. On July 21, 2023, counsel for Defendants conveyed a final "take it or leave it" offer to Cash before seeking to depose her and file its Summary Judgment Motion. I promptly conveyed defense counsel's settlement offer to Cash, notified her that we (DLG) have gone as far as we could with her on this matter and that DLG intended to move to withdraw by COB Monday July 24, 2023. I also notified defense counsel on Monday July 24, 2023 that my firm intended to promptly withdraw from this matter and asked counsel to postpone Cash's upcoming deposition on July 26, 2023.

7. Cash has refused to permit my firm to withdraw and substitute herself as a pro se litigant in place of my firm until she secures new litigation counsel.

8. This matter is currently set for trial on January 16, 2024.

9. Since Cash has not yet retained successor counsel, I respectfully request that the Court grant a stay of at least 60 days to allow Cash to locate and retain new counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 26, 2023        By: _____
                               Ronald D. Coleman



Declaration of Ronald D. Coleman in support of Motion to Withdraw as Counsel        Case No. 2:22-cv-01900-ODW(MAAx)