| | |
|---|---|
| 1 | Nitoj P. Singh (SBN 265005) |
| 2 | **DHILLON LAW GROUP INC.**<br>177 Post Street, Suite 700 |
| 3 | San Francisco, California 94108<br>Telephone: (415) 433-1700 |
| 4 | nsingh@dhillonlaw.com |
| 5 | Matthew M. Hoesly (SBN 284793) |
| 6 | **DHILLON LAW GROUP INC.**<br>2424 S.E. Bristol Street, Suite 300 |
| 7 | Newport Beach, CA 92660<br>Telephone: (949) 396-0608 |
| 8 | mhoesly@dhillonlaw.com |
| 9 | Ronald D. Coleman (*pro hac vice*) |
| 10 | **DHILLON LAW GROUP INC.**<br>50 Park Place, Suite 1105 |
| 11 | Newark, NJ 07102<br>T: (973) 298-1723 |
| 12 | rcoleman@dhillonlaw.com |
| 13 | |
| 14 | *Attorneys for Plaintiff and Counterclaim Defendant,*<br>BRIANA CASH |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BRIANA CASH,<br><br>          Plaintiff,<br><br>     vs.<br><br>INTERSCOPE GEFFEN A&M RECORDS, *a wholly-owned subsidiary of* UNIVERSAL MUSIC GROUP N.V., *a Netherlands corporation; and* BRIANNA CASTRO,<br><br>          Defendants<br>INTERSCOPE RECORDS, A DIVISION OF UMG RECORDINGS, INC., AND | **Case No.: 2:22-cv-01900-ODW(MAAx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BRIANA CASH**<br><br>Date:     August 28, 2023<br>Time:    1:30 P.M.<br>Judge:   Hon. Otis D. Wright<br>Court:    350 W. 1st Street, Los Angeles, CA<br>             90012, Courtroom 5D, 5th Floor |



Notice of Motion and Motion to Withdraw as Counsel                              Case No. 2:22-cv-01900-ODW(MAAx)

|   |   |
|---|---|
| 1 | BRIANNA CASTRO, |
| 2 | Counterclaimants, |
| 3 | vs. |
| 4 | BRIANA CASH, |
| 5 |   |
| 6 | Counterclaim Defendant. |

7   Having reviewed the Motion to Withdraw as Counsel filed by the Dhillon Law Group Inc. and
8 good cause appearing therefor,

   **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Dhillon Law Group Inc., and all of its attorneys, hereby are permitted to withdraw, as counsel of record in the above-captioned action for Plaintiff Briana Cash effective immediately upon issuance of this **ORDER**.

   This action is further stayed for a period of 60 days so that Plaintiff Briana Cash may retain new counsel. All current deadlines that fall within that 60-day period are continued for 60 days, including the upcoming discovery cut-off.

   **IT IS SO ORDERED**.

Date: _____   By: _____
                                   Hon. Otis D. Wright
                                   U.S. District Court Judge



Notice of Motion and Motion to Withdraw as Counsel                    Case No. 2:22-cv-01900-ODW(MAAx)