## **CERTIFICATE OF SERVICE**

I, Nitoj P. Singh, hereby certify that on July 26, 2023, I electronically filed the above documents with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel and Briana Cash via email.

By: /s/ Nitoj P. Singh<br>
Nitoj P. Singh

Date: July 26, 2023