# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Briana Cash <br><br> Plaintiff(s) <br> v. <br><br> INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., and BRIANNA CASTRO <br> Defendant(s) | CASE NUMBER <br><br> 2:22-cv-01900-ODW <br><br> (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Briana Cash     ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Briana Cash  who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☒ Pro Se

5 River Court
*Street Address*

Amesbury, MA, 01913                    brianacashmusic@gmail.com
*City, State, Zip*                     *E-Mail Address*

(978) 828-6968        N/A             N/A
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of Dhillon Law Group Inc. and its attorneys of record:
*List **all** attorneys from same firm or agency who are withdrawing.*
Nitoj P. Singh, Ronald D. Coleman, Matthew M. Hoesly

**is hereby**    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  September 1, 2023            Hon. Otis D. Wright II
                                    U. S. District Judge/~~US Magistrate Judge~~

G-01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY