1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BRIANA CASH, | CASE NO. 2:22-cv-01900-ODW (MAAx) |
| Plaintiff, | Judge Otis D. Wright, II |
| v. | **ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., a Delaware corporation; and BRIANNA CASTRO, | |
| Defendants. | (Application to File Under Seal and [Proposed] Order filed concurrently herewith) |
| INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., and BRIANNA CASTRO, | |
| Counterclaimants, | FAC Filed: July 21, 2022 |
| v. | |
| BRIANA CASH, | |
| Counterclaim Defendant. | |

**[PROPOSED] ORDER**

# ORDER

The Court, having considered Defendants and Counterclaimants Interscope Records and Brianna Castro's Application for Leave to File Certain Documents Under Seal (the "Application"), and all arguments, papers, and evidence relating thereof, the Court hereby **GRANTS** the Application for good cause shown. The following documents shall be filed under seal pursuant to Local Rule 79-5.2.2(b):

| Document | Portions to be Sealed |
|---|---|
| Anfuso Declaration, Ex. 3 | Entire document |
| *Unredacted* Statement of Uncontroverted Facts in Support of Defendants' Motion for Summary Judgment | Highlighted excerpts |

**IT IS SO ORDERED.**

DATED: March 26, 2024

Honorable Judge Otis D. Wright, II
United States District Judge