MARC E. MAYER (SBN 190969)
mem@msk.com
ALEXANDRA L. ANFUSO (SBN 333440)
ala@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Defendants / Counterclaimants
Interscope Records and Brianna Castro*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIANA CASH,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., a Delaware corporation; and BRIANNA CASTRO,<br><br>  Defendants.<br><br>INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., and BRIANNA CASTRO,<br><br>  Counterclaimants,<br><br>  v.<br><br>BRIANA CASH,<br><br>  Counterclaim Defendant. | CASE NO. 2:22-cv-01900-ODW (MAAx)<br><br>Judge Otis D. Wright, II<br><br>**JOINT REQUEST OF THE PARTIES TO CONTINUE THE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES**<br><br>FAC Filed: July 21, 2022<br><br>Trial Date: June 25, 2024<br>Proposed New Trial Date: Sept. 10, 2024 |

Mitchell Silberberg & Knupp LLP

16507369.1

**JOINT STIPULATION TO CONTINUE TRIAL**

Plaintiff and Counterclaim Defendant Briana Cash ("Plaintiff") and Defendants and Counterclaimants Interscope Records and Brianna Castro (collectively, "Defendants" and together with Plaintiff, the "parties") by and through their respective counsel of record, hereby jointly request that the Court continue the trial date, pre-trial conference date, and hearing date for motions in limine.  This joint request is based on the following facts:

1.   Plaintiff filed her initial Complaint on March 23, 2022, and her First Amended Complaint on July 21, 2022, alleging that Defendants engaged in trademark infringement by using the name "Brianna Cash" in connection with sound recordings and music-related services.  On August 22, 2022, Defendants filed their Counterclaim, seeking a declaration of non-infringement.

2.   On March 4, 2024, one week in advance of the deadline to file dispositive motions, Defendants filed their Motion for Summary Judgment ("MSJ"), seeking dismissal of Plaintiff's First Amended Complaint in its entirety on various grounds.  Alternatively, the MSJ seeks dismissal of Plaintiff's claims for "corrective advertising" damages.  The MSJ was noticed for hearing on April 8, 2024, approximately 7 weeks before the May 24, 2024, deadline to submit pre-trial documents (including witness and exhibit lists, pre-trial conference order, memoranda of contentions of fact and law, jury instructions, and evidentiary objections).

3.   On April 3, 2024, the Court vacated the hearing on Defendants' MSJ, and deemed the MSJ fully submitted.  Defendants' MSJ remains pending.

4.   Under the Court's current scheduling order, the parties' pre-trial documents are due to be filed on May 24, 2024.  However, the parties do not yet have the benefit of the Court's ruling on the MSJ.  Therefore, to avoid unnecessary expenditure of resources while the MSJ is pending, the Parties have agreed to request that the Court continue the trial and all related pretrial deadlines by just over 60 days, or as soon thereafter as is convenient for the Court.

5. Good cause exists for this request. The outcome of the MSJ could have a significant bearing on the scope of the issues presented at trial and could even dispose of this case in its entirety. At minimum, a ruling on the MSJ is likely to impact the parties' pre-trial filings. In the interests of efficiency and to avoid substantial costs that may become unnecessary, the Parties would prefer to avoid submitting pretrial documents that may ultimately become superseded by or unnecessary as a result of the Court's ruling.

6. The parties have met and conferred on the requested new trial and pre-trial dates. Due to other commitments by counsel and the parties in July and August 2024, including Summer travel plans, the parties have determined that a September 10 trial date is the most convenient date for the parties and their counsel. The new requested trial date is just over 60 days from the current trial date.

7. The parties do not seek or request any extension of any pre-trial deadlines that already have passed, including the discovery cut-off and dispositive motion deadline. By this stipulation, the parties seek only to move the trial date, pre-trial conference date, and hearing date on motions in limine, and related filing deadlines. The Parties do not expect to seek any additional continuances in this matter.

Therefore, the parties jointly request that the Court adjust the remaining pre-trial deadlines as follows:

1. The trial currently scheduled for June 25, 2024 shall be continued to **September 10, 2024,** or as soon thereafter is convenient for the Court.

2. The pre-trial conference, hearing on motions in limine, and associated filing deadlines shall be continued as set forth below:

| **Matter** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Trial | June 25, 2024 | September 10, 2024 |

| Deadline to File: Final Trial Exhibit Stipulation | June 20, 2024 | August 29, 2024 |
|---|---|---|
| Hearing on Motions in Limine at 1:30 p.m. | June 17, 2024 | August 26, 2024 |
| Deadline to File Oppositions to Motions in Limine | June 5, 2024 | August 19, 2024 |
| Final Pretrial Conference at 1:30 p.m. | June 3, 2024 | August 12, 2024 |
| Deadline to File Motions in Limine | May 29, 2024 | August 12, 2024 |
| Deadline to File Pretrial Documents | May 24, 2024 | August 5, 2024 |

DATED: May 7, 2024

MARC E. MAYER
ALEXANDRA L. ANFUSO
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Attorneys for Defendants / Counterclaimants
Interscope Records and Brianna Castro

DATED: May 7, 2024

DAVID QUINTO
JOANNA ARDALAN
ONE LLP

By: */s/ Joanna Ardalan*
Joanna Ardalan
Attorneys for Plaintiff / Counterclaim Defendant
Briana Cash

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 7, 2024

By: */s/ Marc E. Mayer*
Marc E. Mayer