UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIANA CASH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., a Delaware corporation; and BRIANNA CASTRO,<br><br>　　　　Defendants.<br><br>INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., and BRIANNA CASTRO,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>BRIANA CASH,<br><br>　　　　Counterclaim Defendant. | CASE NO. 2:22-cv-01900-ODW (MAAx)<br><br>Judge Otis D. Wright, II<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES**<br><br>FAC Filed: July 21, 2022<br><br>Trial Date: June 25, 2024<br><u>Proposed</u> New Trial Date: Sept. 10, 2024 |

---

16508773.1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL**

# [PROPOSED] ORDER

Based upon the Parties' Joint Stipulation to Continue the Trial Date and Related Pre-Trial Deadlines and good cause appearing therefore, it is hereby ORDERED that:

1. The trial currently scheduled for June 25, 2024, and all associated pretrial deadlines, are continued as follows:

| **Matter** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Trial | June 25, 2024 | September 10, 2024 |
| Deadline to File: Final Trial Exhibit Stipulation | June 20, 2024 | August 29, 2024 |
| Hearing on Motions in Limine at 1:30 p.m. | June 17, 2024 | August 26, 2024 |
| Deadline to File Oppositions to Motions in Limine | June 5, 2024 | August 19, 2024 |
| Final Pretrial Conference at 1:30 p.m. | June 3, 2024 | August 12, 2024 |
| Deadline to File Motions in Limine | May 29, 2024 | August 12, 2024 |
| Deadline to File Pretrial Documents | May 24, 2024 | August 5, 2024 |

IT IS SO ORDERED.

Dated: _____

Hon. Otis D. Wright, II
United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL

16508773.1