UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-01900-ODW (MAAx) | Date | May 14, 2024 |
|---|---|---|---|
| Title | *Briana Cash v. Interscope Geffen A and M Records et al.* | | |

Present: The Honorable **Otis D. Wright, II, United States District Judge**

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
Not present  Not present

**Proceedings:**           **In Chambers**

On May 7, 2024, the parties submitted a stipulation to continue the trial date and related pre-trial deadlines. (Stip., ECF No. 102.) Having reviewed the parties' stipulation, the Court **ORDERS** that the following dates and deadlines shall supersede those previously set in this matter.

- Deadline to file Pretrial Documents: **September 23, 2024**
- Final Pretrial Conference: **September 30, 2024, at 1:30 p.m.**
- Deadline to file Motions in Limine: **November 6, 2024**
- Deadline to file Oppositions to Motions in Limine: **November 18, 2024**
- Hearing on Motions in Limine: **December 2, 2024, at 1:30 p.m.**
- Deadline to File Final Trial Exhibit Stipulation: **December 5, 2024**
- Jury Trial: **December 10, 2024, at 9:00 a.m.**

**IT IS SO ORDERED.**

                                                                         :    00

Initials of Preparer    SE