Joanna Ardalan (SBN 285384)
jardalan@onellp.com
David W. Quinto (SBN 106232)
dquinto@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA  92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff and Counterclaim Defendant,
Briana Cash

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA CASH,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERSCOPE GEFFEN A&M RECORDS, a wholly-owned subsidiary of UNIVERSAL MUSIC GROUP N.V., a Netherlands corporation; and BRIANNA CASTRO,<br><br>    Defendants.<br><br>INTERSCOPE RECORDS, a division of UMG RECORDINGS, INC., and BRIANNA CASTRO,<br><br>    Counterclaimants,<br><br>    v.<br><br>BRIANA CASH,<br><br>    Counterclaim Defendant. | Case No. 2:22-cv-01900-ODW (MAAx)<br>Hon. Otis D. Wright II<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>FAC Filed:      July 21, 2022<br>Trial Date:     June 25, 2024 |

**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated by all Parties that the entire action, including all claims and counterclaims alleged therein, shall be dismissed with prejudice. Each Party is to bear her/its own costs and attorneys' fees.

Dated: August 5, 2024

**ONE LLP**

By: /s/ Joanna Ardalan
    Joanna Ardalan
    David W. Quinto

Attorneys for Plaintiff and Counterclaim Defendant,
Briana Cash

Dated: August 5, 2024

**MITCHELL SILBERBERG AND KNUPP LLP**

By: /s/ Marc E. Mayer
    Marc E. Mayer
    Alexandra L. Anfuso

Attorney for Defendants and Counterclaimants, UMG Recordings, Inc. and Brianna Castro

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Joanna Ardalan, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 5, 2024

/s/ Joanna Ardalan
Joanna Ardalan

2

**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**